```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
         v.                   ) Criminal No. 02-01 Erie
                              )
EDWARD ROLLIE                 )
```

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

AND NOW, this 28th day of March, 2008, pursuant to the February 11, 2008, Administrative Order relating to the appointment of counsel in crack amendment retroactivity cases, IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this action.

```
     PRIMARY COUNSEL:    Thomas W. Patton
                         Assistant Federal Public Defender
                         PA State ID #88653


                         S/Sean J McLaughlin_____
                         Sean J. McLaughlin
                         United States District Judge
```